**IN THE UNITED STATES DISTRICT COURT**
**FOR THE NORTHERN DISTRICT OF ILLINOIS**
**EASTERN DIVISION**

MARIA FERNANDA CASTELLANOS
RAMIREZ, ROSA CARRASCO, CLAUDIA
MARCHAN TORRES, MIJENTE SUPPORT
COMMITTEE, ORGANIZED
COMMUNITIES AGAINST
DEPORTATIONS,

                    Plaintiffs,

    v.

LEXISNEXIS RISK SOLUTIONS,

                    Defendant.

Case No. 22-cv-05384

## DEFENDANT'S INDEX OF EXHIBITS

| Exhibit | Description |
|---------|-------------|
| A | Defendant LexisNexis Risk Solutions' corporate filing with Georgia Secretary of State |
| B | October 11-19, 2022 Email chain between Defendant's counsel and Plaintiffs' counsel |
| C | August 16, 2022 Complaint filed by Plaintiffs in Circuit Court of Cook County |
| D | Plaintiff Mijente Support Committee's corporate filing with Arizona Secretary of State |
| E | Plaintiff Organized Communities Against Deportations' corporate filing with Illinois Secretary of State |