IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | |
|---|---|
| MARIA FERNANDA CASTELLANOS RAMIREZ, ROSA CARRASCO, CLAUDIA MARCHAN TORRES, MIJENTE SUPPORT COMMITTEE, ORGANIZED COMMUNITIES AGAINST DEPORTATIONS,<br><br>Plaintiffs,<br><br>v.<br><br>LEXISNEXIS RISK SOLUTIONS,<br><br>Defendant. | Case No. 22-cv-05384 |

**JOINT STATUS REPORT**

Plaintiffs Maria Fernanda Castellanos Ramirez, Rosa Carrasco, Claudia Marchan Torres, Mijente Support Committee, and Organized Communities Against Deportations ("OCAD") (collectively, "Plaintiffs"), and Defendant LexisNexis Risk Solutions ("LexisNexis Risk") file this Joint Initial Status Report regarding how discovery is proceeding, pursuant to this Court's November 15, 2022 Order. ECF No. 32.

**Summary of Discovery Exchange to Date**

1. On November 16, 2022, this Court issued a stay of electronically stored information and oral discovery. ECF No. 32.

2. On December 13, 2022, the Parties exchanged their initial disclosures pursuant to Federal Rule of Civil Procedure 26(a)(1) and this Court's November 16, 2022 Order. ECF No. 32.

3. On February 1, 2023, Plaintiffs served their first set of requests for production and interrogatories on Defendant.

1

4. On February 10, 2023, Defendant served its first set of requests for production on Plaintiffs. That same day, the Parties conferred via email and agreed to the following additional conditions regarding the February discovery requests.

A. The Parties agreed to provide 30-day extensions on each set of responses. Defendant's responses to all requests are due April 3, 2023, and Plaintiffs' responses are due April 11, 2023.

B. In the event the case is dismissed before April 1, 2023 with leave to replead from the Court, Defendant will still follow the April 3, 2023 deadline for the responses to the February 1, 2023 requests.

C. The Parties reserve the right to assert objections in responses based on any ruling from the Court.

5. The Parties are preparing responses to these requests and will confer if necessary to resolve any issues.

Dated: March 21, 2023                                                       Respectfully submitted,

| | |
|---|---|
| */s/ Dinesh McCoy* | */s/ Jeffrey L. Kessler* |
| Dinesh McCoy* | Jeffrey L. Kessler* |
| dinesh@justfutureslaw.org | Jeffrey J. Amato* |
| Daniel Werner* | Michelle D. Tuma* |
| daniel@justfutureslaw.org | WINSTON & STRAWN LLP |
| Sejal R. Zota* | 200 Park Avenue |
| sejal@justfutureslaw.org | New York, NY 10166-4193 |
| JUST FUTURES LAW | Telephone: (212) 294-6700 |
| 95 Washington Street, Suite 104-149 | Facsimile: (212) 294-4700 |
| Canton, MA 02021 | JKessler@winston.com |
| (617) 812-2822 | JAmato@winston.com |
| | MTuma@winston.com |
| *Admitted *pro hac vice* | |
| | *Admitted *pro hac vice* |
| Daniel Schneider | |
| dschneider@legalactionchicago.org | Sean G. Wieber |

LEGAL ACTION CHICAGO
Attorney No. 100037
120 S. LaSalle St., Suite 1000
Chicago, IL 60603
(312) 423-5941

J. Dominick Larry
nick@nicklarry.law
NICK LARRY LAW LLC
1720 W. Division St.
Chicago, IL 60622
T:  773.694.4669

*Attorneys for Maria Fernanda Castellanos Ramirez, Rosa Carrasco, Claudia Marchan Torres, Mijente Support Committee, and Organized Communities Against Deportations*

Thomas F. McAndrew
WINSTON & STRAWN LLP
35 W. Wacker Drive
Chicago, IL 60601-9703
Telephone:  (312) 558-5600
Facsimile:  (312) 558-5700
SWieber@winston.com
TMcAndrew@winston.com

*Attorneys for LexisNexis Risk Solutions*

3

**Certificate of Service**

I hereby certify that on the 21st day of March, 2023, I electronically filed the foregoing with the Clerk of Court using the CM/ECF system.

*/s/ Thomas F. McAndrew*
Thomas F. McAndrew

Jeffrey L. Kessler*
Jeffrey J. Amato*
Michelle D. Tuma*
WINSTON & STRAWN LLP
200 Park Avenue
New York, NY 10166-4193
Telephone: (212) 294-6700
Facsimile: (212) 294-4700
JKessler@winston.com
JAmato@winston.com
MTuma@winston.com

*Admitted *pro hac vice*

Sean G. Wieber
Thomas F. McAndrew
WINSTON & STRAWN LLP
35 W. Wacker Drive
Chicago, IL 60601-9703
Telephone: (312) 558-5600
Facsimile: (312) 558-5700
SWieber@winston.com
TMcAndrew@winston.com

*Attorneys for LexisNexis Risk Solutions*
