# IN THE UNITED STATES DISTRICT COURT
# FOR THE NORTHERN DISTRICT OF ILLINOIS
# EASTERN DIVISION

| | |
|---|---|
| MARIA FERNANDA CASTELLANOS RAMIREZ, ROSA CARRASCO, CLAUDIA MARCHAN TORRES, MIJENTE SUPPORT COMMITTEE, ORGANIZED COMMUNITIES AGAINST DEPORTATIONS,<br><br>     Plaintiffs,<br><br> v.<br><br>LEXISNEXIS RISK SOLUTIONS,<br><br>     Defendant. | CASE NO. 1:22-cv-05384<br><br>**STIPULATION TO DISMISS WITH PREJUDICE** |

  Plaintiffs Maria Fernanda Castellanos Ramirez, Rosa Carrasco, Claudia Marchan Torres, Mijente Support Committee, and Organized Communities Against Deportations and Defendant LexisNexis Risk Solutions hereby stipulate to dismiss this action with prejudice under Federal Rule of Civil Procedure 41(a)(1)(A)(ii), with each party to bear its own costs and fees.

| | |
|---|---|
| Dated: May 15, 2024 | Respectfully submitted,<br><br>s/ J. Dominick Larry<br>*One of the Plaintiffs' Attorneys*<br><br>Sejal R. Zota*<br>sejal@justfutureslaw.org<br>Dinesh McCoy*<br>dinesh@justfutureslaw.org<br>Daniel Werner*<br>daniel@justfutureslaw.org<br>JUST FUTURES LAW<br>95 Washington Street, Suite 104-149<br>Canton, MA 02021<br>(617) 812-2822 |

Daniel Schneider
dschneider@legalactionchicago.org
LEGAL ACTION CHICAGO
Attorney No. 100037
120 S. LaSalle St., Suite 1000
Chicago, IL 60603
(312) 423-5941

J. Dominick Larry
NICK LARRY LAW LLC
1720 W. Division St.
Chicago, IL 60622
773.694.4669
nick@nicklarry.law

*Admitted pro hac vice
Attorneys for Plaintiffs

Dated: May 15, 2024                    /s/ *Sean G. Wieber*

Sean G. Wieber
WINSTON & STRAWN LLP
35 W. Wacker Drive
Chicago, IL 60601-9703
Telephone: (312) 558-5600
Facsimile: (312) 558-5700
SWieber@winston.com


Jeffrey Kessler*
Jeffrey J. Amato*
Michelle Tuma*
WINSTON & STRAWN LLP
200 Park Avenue
New York, NY 10166-4193
Telephone: (212) 294-6700
Facsimile: (212) 294-4700
JKessler@winston.com
JAmato@winston.com
MTuma@winston.com

*Admitted *pro hac vice*

*Attorneys for LexisNexis Risk Solutions*